UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 12-cr-00321-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NUC NGUYEN,

    Defendant.

---

## ORDER CONCERNING DISCLOSURE
## OF GRAND JURY MATERIALS

---

This matter is before the court on the "Motion to Disclose Grand Jury Material" (Motion) **(#18)** filed by the Government. Upon consideration of the motion, it is

**ORDERED** as follows:

1. The Motion is **GRANTED**. The United States Attorney's Office may disclose to the defense the transcripts of testimony before the Grand Jury in the above-captioned case. The defense attorney is to maintain control over the material, keeping it in his confidential files and under the control of his or her confidential employees. The Court's Order here today permits pretrial disclosure of the Grand Jury transcripts which would be disclosed pursuant to 18 U.S.C. §3500 or Federal Rules of Criminal Procedure 26.2 and 16.

2. The Grand Jury material so disclosed is to be used for the purposes of the above captioned case, to include any appeals taken, and for no other purpose until further order of this Court. The United States Attorney's Office is directed to enclose a copy of this Order with any Grand Jury material disclosed pursuant to this Order.

DATED this 9th day of October, 2012.

                              **BY THE COURT:**

                              _____

                              Marcia S. Krieger
                              United States District Judge