IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: April 29, 2013 |
| Court Reporter: | Terri Lindblom | |
| Probation Officer: | Gary Kruck | |
| Interpreter: | Kenneth Hoang | |

Criminal Action No. 12-cr-00321-MSK

*Parties*:                                                      *Counsel*:

UNITED STATES OF AMERICA,                James Allison

       Plaintiff,

v.

NUC NGUYEN,                                              Gary Lozow
                                                                      Daniel Foster

       Defendant.

---

## SENTENCING MINUTES
---

**10:02 a.m.**     **Court in session**.

Defendant present on bond.

Interpreter sworn.

**Defendant found guilty of Count 1 of the Superseding Indictment by jury on January 9, 2013.**

The Court addresses Defendant's Motion for New Trial (**Doc. #53**).

**ORDER:**     Defendant's Motion for New Trial (**Doc. #53**) is **DENIED**. A written ruling will follow.

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The defendant **does** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report. Argument.

The parties **do not** request departure.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). Argument.

Allocution. - Statements made by: The Government, defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of her right to appeal.

**ORDER:** Bond is exonerated.

**10:48 a.m.** **Court in recess.**

Total Time: 46 minutes.
Hearing concluded.